**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEC 14 2004

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

JEREMY RATLIFF (#247927),

    Plaintiff,

v.

MDOC, ANTHONY SIMMONS, et al,

    Defendants.

Docket No. 03 cv 60015

HON. MARIANNE O. BATTANI
MAG. JUDGE SCHEER

---

Christopher J. Trainor
McCall & Trainor
*Attorney for Plaintiff*
6557 Highland Road, Ste. 105
Waterford, MI 48327
(248) 886-8650

John L. Thurber (P44989)
Assistant Attorney General
*Attorney for Defendants*
PO Box 30217
Lansing, MI 48909
(517) 335-7021

---

### ORDER

IT IS ORDERED AND ADJUDGED in accordance with the hearing conducted by the Court on November 23, 2004, the Defendant shall pay the Plaintiff $3,000 in costs, plus prejudgment interest from January 15, 2003 through November 5, 2004. Prejudgment interest shall be calculated pursuant to 28 U.S.C. § 1961(a). The Defendant shall not be liable for any attorney's fees.

DEC 14 2004

Dated:

*(signature)*
Marianne O. Battani
United States District Judge